**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **USASF Servicing LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **US Auto Servicing** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-5615315 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1855 Satellite Blvd.** **Suite 100** **Duluth, GA 30097** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Gwinnett** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **USASF Servicing LLC**                                    Case number (*if known*)
    Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5223

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **USASF Servicing LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment A** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

## ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**

.    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **USASF Servicing LLC**
    Case number (*if known*)
_____
Name

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **USASF Servicing LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2023**
              MM / DD / YYYY

**X /s/ Mark Houston**                          **Mark Houston**
Signature of authorized representative of debtor    Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ G. David Dean**                   Date **August 25, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**G. David Dean**
Printed name

**Cole Schotz P.C.**
Firm name

**500 Delaware Avenue**
**Suite 1410**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-652-3131**    Email address  **ddean@coleschotz.com**

**Bar No. 6403 DE**
Bar number and State

## ATTACHMENT A

### SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 7 case) filed in this Court a petition for relief under chapter 7 of title 11 of the United States Code.

| | Debtors | Federal Employer Identification Number |
|---|---|---|
| 1. | U.S. Auto Sales, Inc. | 58-2012294 |
| 2. | U.S. Auto Finance, Inc. | 58-2059544 |
| 3. | U.S. Auto Receivables Financing, LLC | 84-3482297 |
| 4. | USASF LLC | 30-0868885 |
| 5. | USASF National Corp. | 47-3814652 |
| 6. | USASF Servicing LLC | 47-5615315 |

## USASF LLC

### (USASF Servicing LLC Chapter 7 Bankruptcy Petition)

---

### WRITTEN CONSENT OF THE BOARD OF MANAGERS

---

The undersigned, being all of the members of the Board of Managers of USASF LLC (the "Company"), do hereby consent to and adopt the following resolutions as of the 6th day of June, 2023:

**WHEREAS**, the Company is the Managing Member of USASF Servicing LLC (the "Debtor Entity"); and

**WHEREAS**, the Board of Managers has considered presentations by management and the financial and legal advisors of the Company and the Debtor Entity regarding the liabilities and liquidity situation of the Debtor Entity, the strategic alternatives available to it, and the effect of the foregoing on the Debtor Entity's business; and

**WHEREAS**, the Board of Managers has had the opportunity to consult with the financial and legal advisors of the Company and the Debtor Entity and assess the considerations related to the commencement of a Chapter 7 case under Title 11 of the United States Code (the "Bankruptcy Code"), including materials provided by the financial and legal advisors, and the Board of Managers recommends the adoption of these resolutions; and

**WHEREAS**, in light of the Debtor Entity's current financial condition, the Board of Managers has investigated, discussed and considered options for addressing the Debtor Entity's financial challenges and, after consultation with the Company's and the Debtor Entity's advisors, have concluded that it is in the best interests of the Debtor Entity, its creditors, employees and other interested parties that a petition be filed by the Debtor Entity seeking relief under the provisions of the Bankruptcy Code; now therefore be it

**RESOLVED**, that in the judgment of the Board of Managers, it is desirable and in the best interests of the Debtor Entity and its creditors, employees and other interested parties that a petition be filed by the Debtor Entity seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that Mark Houston, in his capacity as Chief Restructuring Officer of the Debtor Entity is hereby authorized, empowered and directed, in the name and on behalf of the Debtor Entity, to execute and verify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), at such time as said officer shall determine in consultation with the Company's and the Debtor Entity's legal and financial advisors; and it is further

**RESOLVED**, that the law firm of Cole Schotz P.C. is hereby employed as attorneys for the Debtor Entity in the Chapter 7 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Debtor Entity is hereby authorized to employ and engage such other legal, accounting, financial and restructuring firms as it deems necessary, proper or desirable in connection with the successful prosecution of the Chapter 7 case; and it is further

**RESOLVED**, that each officer of the Debtor Entity, including the Chief Restructuring Officer, is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds they deem necessary, proper or desirable in connection with the successful prosecution of the Chapter 7 case; and it is further

**RESOLVED**, that each officer of the Debtor Entity, including the Chief Restructuring Officer, is hereby authorized, empowered and directed, in the name and on behalf of the Debtor Entity, to cause the Debtor Entity to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such action as in the judgment of such officer shall be or become necessary, proper and desirable to effectuate an orderly liquidation of the Debtor Entity's assets; and it is further

**RESOLVED**, that the filing by the Debtor Entity of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Debtor Entity; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any officer or manager of the Debtor Entity in the name and on behalf of the Debtor Entity in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the Board of Managers of the Company and the undersigned hereby waives all requirements as to notice of a meeting; and it is further

**RESOLVED**, that this Written Consent may be executed in one or more counterparts, each of which shall be deemed an original, and all of which, taken together, shall constitute one and the same consent. Facsimile or electronic signatures or signatures via DocuSign shall be sufficient for the execution of this Written Consent.

[The remainder of this page is intentionally left blank.]

**IN WITNESS WHEREOF,** this Certificate of Written Consent of the Board of Managers of USASF LLC is executed and delivered as of the date first above written.

**BOARD OF MANAGERS:**

_____
Scott Warren

_____
Adam Curtin

_____
Robert J. Tobin

_____
Tom Shippee

**IN WITNESS WHEREOF,** this Certificate of Written Consent of the Board of Managers of USASF LLC is executed and delivered as of the date first above written.

**BOARD OF MANAGERS:**

_____

Scott Warren

_____

Adam Curtin

_____

Robert J. Tobin

_____

Tom Shippee

**IN WITNESS WHEREOF,** this Certificate of Written Consent of the Board of Managers of USASF LLC is executed and delivered as of the date first above written.

**BOARD OF MANAGERS:**

_____

Scott Warren

_____

Adam Curtin

_____

Robert J. Tobin

_____

Tom Shippee

# United States Bankruptcy Court
### District of Delaware

In re    **USASF Servicing LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **USASF Servicing LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**USASF LLC**
**c/o The Corporation Trust Company**
**1209 Orange Street**
**Wilmington, DE 19801**

☐ None [*Check if applicable*]

**August 25, 2023**

Date

**/s/ G. David Dean**

**G. David Dean**

Signature of Attorney or Litigant

Counsel for   **USASF Servicing LLC**

**Cole Schotz P.C.**
**500 Delaware Avenue**
**Suite 1410**
**Wilmington, DE 19801**
**302-652-3131 Fax:302-652-3117**
**ddean@coleschotz.com**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re  **USASF LLC, U.S. Auto Sales, Inc., USASF National Corp., USASF Servicing LLC, U.S. Auto Finance, Inc., U.S. Auto Receivables Financing, LLC**  Debtor(s) | Case No. | |
| | Chapter | **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 360,552.84 |
| Prior to the filing of this statement I have received | $ | 360,552.84 |
| Balance Due | $ | 0.00 |

2.  $ **2,028.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  [Other provisions as needed]
        **The above-disclosed fees relate solely to pre-petition fees and expenses.  For post-petition fees and expenses to be incurred, Cole Schotz has agreed to represent the Debtors through the conclusion of the 341 meetings, at its customary rates, and separately bill those amounts to the Debtors post-petition and apply those amounts to its remaining retainer.  Cole Schotz's post-petition engagement excludes any adversary proceedings or other litigation that may be filed in the Chapter 7 cases.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor after the conclusion of the meeting of creditors under section 341 of the Bankruptcy Code.**
    **Representation of the debtor in any adversary proceeding or other contested bankruptcy matter.**
    **The above amount includes all pre-petition fees and expenses (including the filing fees for these cases) of Cole Schotz on behalf of the Debtor and its affiliates.  It does not include any post-petition fees and expenses, which will be separately billed and secured by the remaining portion of Cole Schotz's retainer, which totals $14,447.16 as of the Petition Date.**

In re   **USASF LLC, U.S. Auto Sales, Inc., USASF National Corp., USASF**   Case No. _____
**Servicing LLC, U.S. Auto Finance, Inc., U.S. Auto**
**Receivables Financing, LLC**    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| | |
|---|---|
| **August 25, 2023** | **/s/ G. David Dean** |
| *Date* | **G. David Dean** |
| | *Signature of Attorney* |
| | **Cole Schotz P.C.** |
| | **500 Delaware Avenue** |
| | **Suite 1410** |
| | **Wilmington, DE 19801** |
| | **302-652-3131  Fax: 302-652-3117** |
| | **ddean@coleschotz.com** |
| | *Name of law firm* |

## United States Bankruptcy Court
### District of Delaware

In re   **USASF Servicing LLC** _____   Case No. _____

                                             Debtor(s)        Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **August 25, 2023** _____        **/s/ Mark Houston** _____

                                            **Mark Houston**/**Chief Restructuring Officer**
                                            Signer/Title

Adam Hawbaker
dba Mellivora Consulting, LLC
503 Weisinger Dr
Magnolia, TX 77354

ALABAMA DEPARTMENT OF REVENUE
Collection Services Division
PO Box 327820
Montgomery, AL 36132

AT&T Corp
PO Box 5019
Carol Stream, IL 60197-5019

Auto Auction Services Corporation (Aasc)
P.O. Box 1335
Department 720042
Charlotte, NC 28201-1335

BDO
100 Park Avenue
New York, NY 10017

Brianah Thomas
423 Eclipse Lane
Fairburn, GA 30213

Cheek Towing & Auto
4155 Woodlawn Acres
Sharon, SC 29742

CONSOLIDATED ASSET RECOVERY SYSTEMS, INC
PO Box 4458
Houston, TX 77210-4458

Constant Energy Capital Management Inc.
110 Marginal Way, Suite 941
Portland, ME 04101-2442

Constant Enery Capital Mangement
202 US Route 1, Suite 203
Falmouth, ME 04105-1327

Crayon Software Experts LLC
12221 Merit Drive
Suite 800
Dallas, TX 75251

DELL BUSINESS CREDIT
PO Box 5275
Carol Stream, IL 60197-5275

Digital Recognition Network
PO Box 840975
Dallas, TX 75284-0975

EXPERIAN
PO Box 841971
Los Angeles, CA 90084-1971

Financial Statement Services, Inc.
3300 S. Fairview St.
Santa Ana, CA 92704

First Source

Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228

Global Investigative Services
310 E Interstate 30
Ste B100
Garland, TX 75043

Goldfein, LLC
5490 Claire Rose Lane
Suite 3150
Atlanta, GA 30327

GRM Information Management Services Inc.
PO Box 744491
Atlanta, GA 30374-4491

GuidePoint Security LLC
2201 Cooperative Way
Suite 225
Herndon, VA 20171

Guidhouse, Inc.
150 N Riverside Plz
Suite 2100
Chicago, IL 60606

Hill & Associates of Georgia Inc.
PO Box 4513
Marietta, GA 30061

Horne LLP
PO Box 2153
Birmingham, AL 35287

HUDSON COOK, LLP
7037 Ridge Rd
Suite 300
Hanover, MD 21076

Indeed Flex, Inc. F/K/A SYFT US INC
PO Box 660367
Dallas, TX 75266-0367

Insight Direct USA, Inc.
6820 S. Harl Ave.
Tempe, AZ 85283

Interactive Data, LLC
2650 N Military Trail
Suite 300
Boca Raton, FL 33431

ISO Claims Service, Inc.
1716 Briarcrest Dr., Suite 200
Bryan, TX 77802

JMAC Distribution LLC
32 Bathrick RD
Westminster, MA 01473

Kelly Paint And Body Shop
809 W 52ND ST
Savannah, GA 31405

KM2 Solutions, LLC
600 Eagleview Blvd. Suite 300
Exton, PA 19341

KM2 Solutions, LLC
600 Eagleview Blvd, Suite 300
Exton, PA 19341

KM2 Solutions, LLC
c/o Whitney L. White, Esq.
Sessions, Israel & Shartle, LLC, Ste 440
Founders Square, 900 Jackson Street
Dallas, TX 75202

Level 3 Communication LLC
PO Box 910182
Denver, CO 80291

LEXISNEXIS RISK SOLUTIONS
28330 Network Place
Chicago, IL 60673-1283

LinkedIn Corporation
1000 W Maude Ave
Sunnyvale, CA 94085

Manheim Credit and Collections
6325 Peachtree Dunwoody Rd
Atlanta, GA 30328

Marketing Partners Network, Inc.
300 Wexford Glen
Roswell, GA 30075

MidCap Financial Trust
7255 Woodmont Ave
Suite 300
Bethesda, MD 20814

N-Able International LTF
PO Box 28720
New York, NY 10087-8720

Online Data Exchange LLC
PO Box 55000
Detroit, MI 48255-2245

ORACLE AMERICA INC. SOFTWARE
2300 Oracle Way
Austin, TX 78741

Primeritus Financial Services Inc.
435 Metroplex Drive
Nashville, TN 37211

RAP FINANCIAL SERVICES LLC
PO Box 7632
North Augusta, SC 29861

Regions Bank
1900 5th Avenue North
28th floor
Birmingham, AL 35203

Renkim Corporation
13333 Allen Road
Southgate, MI 48195

RSC Insurance Brokerage Inc.
160 Federal St., Floor 4
Boston, MA 02110

Salary.com LLC
PO Box 844048
Boston, MA 02284

Sandline Discovery LLC
105 North Virginia Ave
Suite 302
Falls Church, VA 22046

Sharpen Technologies
101 W Washington Street
Suite 600E
Indianapolis, IN 46204

Shaw Systems Associates LLC
Department 159
PO Box 4346
Houston, TX 77210-4346

South Georgia Investigative Agency Inc.
1502 Plant Ave.
Waycross, GA 31501

SP Sugarloaf LLC
3070 Windward Plaza - Suite F320
Alpharetta, GA 30005

Staffing Resources Clerical Division
3445 Lawrenceville Suwanee Rd
Suwanee, GA 30024

Steptoe & Johnson
400 White Oaks Blvd
Bridgeport, WV 26330-4500

Tallmadge & Hill Company
1755 North Brown Road
Suite 200
Lawrenceville, GA 30043

TCN, Inc.
162 N. 400 E.
Building B, 2nd Floor
Saint George, UT 84770

Tiger Analytics, LLC
2350 Mission College Boulevard
Suite 495
Santa Clara, CA 95054

U.S. Auto Finance, Inc.
P.O. Box 1203
Lawrenceville, GA 30046

U.S. Auto Sales, Inc.
1855 Satellite Blvd, Suite 100
Duluth, GA 30097

USASF LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

USASF National Corp.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Vena  Solutions  USA  Inc.
1971 Western Avenue #1125
Albany, NY 12203