RECEIVED

**United States Bankruptcy Court**
**District Of Delaware**

2024 JAN 26  AM 10: 23

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| **_Debtor_** | **_Case No._** | **_Claim No._** |
|---|---|---|
| U.S. Auto Sales | 23-11251 TMH | 318 |
| U.S. Auto Finance | 23-11252 | 105 |
| U.S. Auto Receivables Finance | 23-11253 | 82 |
| USASF LLC | 23-11254 | 90 |
| USASF National Corp | 23-11255 | 89 |
| USASF Servicing | 23-11256 ✓ | 86 |

## NOTICE FOR LATE CLAIM ACCEPTANCE

Claimant is Filing this notice of late claim acceptance with The District of Delaware on 1/3/2024. Creditor / Claimant according to 15 USC 1602 (l) "Credit card means ANY card, plate, upon book or other credit device existing for the purpose if obtaining money, property, labor, of services on credit". The debtor is in bankruptcy due to the accounts from "creditor/claimants retail installment contracts. In this envelope it includes each case claim and evidence of a motor vehicle retail installment contract with truth and lending discloser that stated the credit was provided from me or on my behalf , and not from any entity of the debtor. We also had issues submitting the claim due to error issues "internally" from the website after, Delaware Bankruptcy rep gave information on the other claim numbers listed above.

**Fill in this information to identify the case:**

Debtor 1   USASF Servicing LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Delaware**

Case number:  **23–11256**

**FILED**

**U.S. Bankruptcy Court**
**District of Delaware**

1/3/2024

**Una O'Boyle, Clerk**

## Official Form 410
## Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Briaunna Woulard

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Briaunna Woulard

Name

1737 W 2nd Street
Jacksonville, FL 32209

Contact phone      904–844–8381

Contact email
briaunnamishae92@gmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent? (if different)**

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)          Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**
- ☑ No
- ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**
$ 4015.00

**Does this amount include interest or other charges?**
- ☐ No
- ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

2013 Hyundai Sonata VIN: 5NPEC4ACXDH668149

**9. Is all or part of the claim secured?**
- ☐ No
- ☑ Yes. The claim is secured by a lien on property.
  **Nature of property:**
  - ☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
  - ☑ Motor vehicle
  - ☐ Other. Describe: _____

  **Basis for perfection:** _____

  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of property:**    $ 16822.00

  **Amount of the claim that is secured:**    $ 16855.00

  **Amount of the claim that is unsecured:**    $ 12840.00    (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the date of the petition:**    $ _____

  **Annual Interest Rate** (when case was filed)    15.45    %

  - ☑ Fixed
  - ☐ Variable

**10. Is this claim based on a lease?**
- ☑ No
- ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**
- ☑ No
- ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___1/3/2024___

MM / DD / YYYY

/s/  Briaunna Woulard

Signature

Print the name of the person who is completing and signing this claim:

| Name | Briaunna Woulard |
|---|---|
| | First name    Middle name    Last name |
| Title | |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 1737 W 2nd Street |
| | Number  Street |
| | Jacksonville, FL 32209 |
| | City  State  ZIP Code |
| Contact phone | 904−844−8381    Email    briaunnamishae92@gmail.com |

## MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT

Buyer's Month of Birth **May**

Date: 12/23/2020

Buyer Name: BRIANNA NISRAE WOULARD
Address & Phone: 4375 CONFEDERATE POINT ROAD APT 24B Jacksonville FL 32210 (904) 439-6949
Co-Buyer Name: N/A
Address & Phone: N/A
Co-Buyer Name: N/A
Address & Phone: N/A
Co-Signer Name: N/A
Address & Phone: N/A

Seller Name: U.S. Auto Sales, Inc.
Address & Phone: 8864 Atlantic Boulevard Jacksonville FL 32211 (904)515-0920

The Buyer and any Co-Buyer is referred to as "I" or "me" or "my." The Seller is referred to as "you" or "your." This contract may be transferred by the Seller.

PROMISE TO PAY: By signing this contract, I choose to purchase the motor vehicle on credit according to the terms of this contract. The Federal Truth in Lending disclosures set out below ("TILA Disclosures") are part of this contract. I agree to pay you the Amount Financed, Finance Charges, and any other charges in this contract in U.S. funds. I agree to make payments according to the Payment Schedule in the TILA Disclosures. If more than one person signs as a buyer, each agrees to keep all the promises in this contract even if the others do not. I have thoroughly inspected, accepted, and approved the motor vehicle in all respects.

### MOTOR VEHICLE IDENTIFICATION

| Stock No. | Year, Make, Model | Vehicle Identification Number | License Number (if applicable) | ☐ New ☐ Demonstrator ☐ Factory Official/Exec ☒ Used | Primary Use For Which Purchased ☒ Personal, Family, Household ☐ Business Or Commercial ☐ Agricultural |
|---|---|---|---|---|---|
| 354568 | 2013 Hyundai Sonata | 5NPEC4ACXDH668149 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Trade-in: Year N/A  Make N/A | | Model N/A | VIN N/A | | License No. N/A |
| Trade-in: Year N/A  Make N/A | | Model N/A | VIN N/A | | License No. N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including down payment of |
|---|---|---|---|---|
| | | | | $ 1,330.00 |
| 15.45 % | $ 8,646.53 | $ 19,718.47 | $ 28,365.00 | $ 29,695.00 |

**My Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 125 | $ 226.92 | BI-WEEKLY DUE EVERY OTHER SATURDAY BEGINNING 02/06/2021 |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |

**Security:** You will have a security interest in the motor vehicle being purchased.

**Late Charge:** ☒ If this box is checked, and you do not receive my entire payment within 10 days after it is due, I will pay a late charge of 5% of the late installment.

**Prepayment:** If I pay early, I may have to pay a penalty.

**Additional Information:** I will refer to this document for information about nonpayment, default, security interests, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

◊ means an estimate

| DEFERRED DOWNPAYMENT(S) | | | |
|---|---|---|---|
| Date | Amount | Due Date | Amount |
| 2021 | $ 230.00 | $ | N/A |
| | $ N/A | $ | N/A |
| | $ N/A | $ | N/A |
| | $ N/A | $ | N/A |

Florida documentary stamp tax required by law in the amount of $ 70.00 has been paid or will be paid directly to the Department of Revenue. Certificate of Registration No. 11-8017936431-8 .

12/18

Page 1 of 7

Customer Initials BW
DealerSocket, Inc.

Brianna Woolard
1737 W 2nd Street
Jacksonville, FL 32209

United States
Bankruptcy Court
Attn: Claims
824 ~~Market~~ Market Street
3rd Floor
Wilmington, DE 19801



CERTIFIED MAIL

9589 0710 5270 1425 3171 21

Retail

RDC 99

19801

U.S. POSTAGE PAID
FCM LG ENV
DULUTH, GA 30096
JAN 20, 2024

$5.94
R2305K132221-75



U.S.M.S.
X-RAY